

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

# MEMO ENDORSED

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

February 21, 2020

Hon. Kenneth M. Karas
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York

*Re:* ***United States v. Robert Ciervo***
***Case No.: 19 Cr. 773***

Dear Judge Karas,

I was assigned, pursuant to the Criminal Justice Act, to represent Robert Ciervo in the above referenced matter, which is scheduled for a status conference on February 25. For the reasons stated herein, I respectfully request an adjournment to mid-March or thereafter.

As the Court is aware, Mr. Ciervo is currently out on bail in an in-patient drug treatment program. His case is calendared for a status conference on Tuesday, February 25, at which time I will be away on a previously scheduled matter. Both my partner and my associate will each be engaged in federal court on separate matters, and unavailable to appear on my behalf. As a result, I respectfully request the Court adjourn the status conference to mid-March or sometime thereafter.

The Government has no objection to this request and is available from March 16 onward. I am available March 16 (except at 2:15 pm when I will be before Judge Seibel on another matter), March 17 (afternoon), March 18 (afternoon), March 19 (the morning), and anytime on March 20.

I thank the Court for its consideration of this matter. Should you require any additional information, please do not hesitate to contact me.

Granted.
The conference is moved to 3/17/20, at 2:45
Time is excluded until because of Counsel's
unavailability, and because it in the interests of justice. See. 18 USC § 3161(h)(7)(A).

Respectfully submitted,

s/ Sam Braverman
Samuel M. Braverman, Esq.

Cc: Lindsey Keenan, AUSA

So Ordered
K M K
2/24/20

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724