UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :   19 CR 00773-01
     -against-                          :   ORDER
                                        :
ROBERT CIERVO                           :
                                        :
         Defendant                      :
                                        :
---------------------------------------X

LISA MARGARET SMITH, United States Magistrate Judge:

I direct that the defendant's bail be modified to delete the requirement of GPS and replace it with Radio Frequency (RF) monitoring. The defendant will continue to be subject to home detention enforced by Location Monitoring.

Dated: White Plains, New York

March 17, 2020

SO ORDERED:

HONORABLE LISA MARGARET SMITH
United States Magistrate Judge