

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
SBraverman@FBDMLaw.com

**MEMO ENDORSED**

March 16, 2020

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Robert Ciervo*
Dkt.: 19 Cr 773

Dear Judge Karas:

I have conferred with AUSA Lindsey Keenan and, given the current coronavirus concerns in our community and the most recent directives from Hon. Colleen McMahon, it is respectfully requested by the defense without objection by the Government that the status conference scheduled for March 17, 2020 at 12noon be conducted by telephone and without personal appearance by the defendant or either counsel. If approved by the Court, as counsel for the defendant I will get my client on the telephone, merge in the Government, and then call the Courtroom. I have spoken with my client and he consents to this procedure.

I thank the Court for its consideration.

Respectfully submitted,

Granted -
So Ordered -
/s/ KMK
3/16/20

s/ Sam Braverman
Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
SBraverman@FBDMLaw.com

CC:   AUSA Lindsey Keenan (BY ECF and email)

**225 Broadway, Suite 715**
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

**505 Eighth Avenue, Suite 300**
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

**Post Office Box 127**
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724