

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

**MEMO ENDORSED**

www.FBDMLaw.com

March 2, 2021

**Via ECF**
Honorable Kenneth M. Karas
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York

Re:   *United States v. Robert Ciervo*
      Case No.: 19 Cr. 773 (KMK)

Dear Judge Karas,

I represent Robert Ciervo who has a sentencing hearing scheduled for March 5. His Pre-Sentence Interview with Probation is scheduled for tomorrow, March 3. In order to allow for the receipt and review of Probation's final Pre-Sentence Report, I respectfully request an 8-week adjournment of Mr. Ciervo's sentencing hearing.

Thank you for your consideration of this matter.

Respectfully submitted,

s/Sam Braverman
Sam Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213
Email: SBraverman@FBDMLaw.com

*Granted. The sentence will go forward on May 13, 2021 at 2:00pm*
SO ORDERED
KENNETH M. KARAS U.S.D.J.
Cc: Lindsey Keenan, AUSA   3/3/2021

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Rd, Ste 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724